UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 SEP 14 PM 4:34

CLERK

BY KP
DEPUTY CLERK

KEREN SITA,
Plaintiff,

v.

ILONA MAHER, et al.
Defendants.

No. 2:26-cv-00178-mkl

**ORDER OF DISMISSAL**

On July 31, 2026, the undersigned denied Plaintiff Keren Sita's application to proceed *in forma pauperis* ("IFP") and allowed her until September 1, 2026 to pay the filing fee or to refile a complete IFP application. Plaintiff was warned that if she failed to file within the time allowed the court would dismiss her claims.

Because Plaintiff did not pay the filing fee or refile a complete IFP application by September 1, 2026, this case is DISMISSED. The Clerk of Court is directed to close the case file. The court hereby certifies under 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith.

SO ORDERED

Dated at Rutland, in the District of Vermont, this 14th day of September 2026.

Mary Kay Lanthier
United States District Judge